## McCONNELL v. GREGORY.

FISH, C. J. A conveyance of land executed by a borrower to secure a debt infected with usury is void and ineffectual to pass title. Civil Code, § 3442. Therefore the maker of such a conveyance may, subsequently to its execution, have a valid homestead set apart in the property sought to be so conveyed; which homestead will not be subject to a judgment recovered on the debt, notwithstanding the usury was elim-

inated when the judgment was taken. Applying these rulings to the evidence in this case, the court erred in directing a verdict finding the property subject. *Judgment reversed. All the Justices concur.*
NOVEMBER 15, 1913.

Claim. Before Judge Thomas. Berrien superior court. November 20, 1912.

*Hendricks & Christian,* for plaintiff in error.
*Alexander & Gary,* contra.

